USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/23/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN T. MITCHELL,

Plaintiff,

-against-

STITCH INDUSTRIES INC., *d/b/a* JOYBIRD, et al.,

Defendants.

26-CV-3513 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff has filed: (i) an "emergency letter-motion" dated October 21, 2026 (10/21/26 Letter-Motion) (Dkt. 90), seeking leave to file two oversized briefs and an extension of time to provide a table of authorities for each brief; (ii) a 59-page brief (Dkt. 91) in opposition to the motion of defendants Home Delivery Enterprises, Inc. (HDE) and Glenda Aviles to dismiss the Second Amended Complaint (SAC); and (iii) a 67-page brief (Dkt. 92) in opposition to the motion of Stitch Industries, Inc. (Stitch) and Jacquie Raymundo to dismiss the SAC. Neither brief includes a table of authorities. Although these filings are all dated October 21, 2026, they were not posted to this Court's electronic docket until October 22, 2026, beginning at 12:49 p.m.

The 10/21/26 Letter-Motion is within the scope of my current reference, *see* Dkt. 5, and is resolved as follows:

To the extent plaintiff seeks additional time to prepare and file complete briefs in opposition to the motions to dismiss (including tables of authorities) the motion is GRANTED. I note that this Court has *already* extended plaintiff's time to file those briefs – in response to plaintiff's previous "emergency supplemental letter-motion" – until November 10, 2026. *See* Dkt. 94. Consequently, plaintiff may have until that date to finalize and re-file the briefs that he filed in incomplete form. Plaintiff is reminded that November 10, 2026 is also the due date for his brief or briefs in opposition to defendants' motions to stay discovery. *See id.* at 2.

To the extent plaintiff seeks leave to file a total of 126 pages of legal argument in response to defendants' motions to dismiss the SAC, the 10/21/26 Letter-Motion is DENIED.

The Local Civil Rules of the Southern District of New York mandate that briefs in support of or in opposition to a motion, "[i]f . . . prepared with a computer" by either a pro se or a represented party, "may not exceed 8,750 words." Loc. Civ. R. 7.1(c).[1] The moving defendants complied with these limits. However, plaintiff's memorandum in opposition to the motion to dismiss filed by defendants HDE and Aviles is over 14,000 words, and his memorandum in opposition to the motion to dismiss filed by defendants Stitch and Raymundo is over 16,000 words.

---

[1] "These limits do not include the caption, any index, table of contents, table of authorities, signature blocks, or any required certificates, but do include material contained in footnotes or endnotes." Loc. Civ. R. 7.1(c).

Moreover, the two briefs overlap substantially, leading to significant duplication. The Court recognizes that plaintiff has sued multiple defendants under multiple theories, but is not persuaded that he cannot adequately address defendants' arguments in a total of 17,500 words. In the interest of efficiency, however, plaintiff may allocate those 17,500 words however he likes between the two pending motions to dismiss, and – if he files two briefs – may incorporate by reference, rather than repeat, any sections that apply to both.

The Court takes this opportunity to remind plaintiff that if he continues to file through the Pro Se Intake Unit, there will inevitably be a delay before his filings can be posted to the electronic docket and reviewed by the Court. For example, as noted above, plaintiff's latest "emergency letter-motion," dated October 21, 2026, did not appear on the docket until 12:49 p.m. on October 22, 2026. Plaintiff can eliminate this issue by signing up for e-filing privileges. A form for this purpose is attached.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. 90.

Dated: New York, New York
October 23, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________
Write the full name of each plaintiff or petitioner.

-against-

______________________________________

______________________________________
Write the full name of each defendant or respondent.

No. _____CV______________

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on ________________.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ☐ a computer with internet access and a word processor

   type of computer I will be using: ________________________________

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: ______________________________

- ☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system
- ☐ a scanner to convert documents that are only in paper format into electronic files

  scanning equipment I will be using: ______________________________

- ☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

  version of PDF reader and writer that I will be using:

  ______________________________

- ☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| | |
|---|---|
| Dated | Signature |

Name

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |